**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Daniel BOCANEGRA, aka Luis Martinez, aka Rafael Olivarez, aka Ceasar Oliva Flores, aka Daniel Boncanegra, Defendant—Appellant.**

No. 03–50064.
D.C. No. CR–02–00007–GLT.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Ronald L. Cheng, USLA–Office of the U.S. Attorney, Los Angeles, CA, Gregory W. Staples, USLA–Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Tina Long Rippy, Whittier, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

### MEMORANDUM**

Daniel Bocanegra appeals the judgment and 57–month sentence, imposed pursuant to his guilty plea for being a previously deported alien found in the United States,

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bocanegra's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.